UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CATHOLIC CHARITIES OF SOUTHWEST KANSAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHL VARIABLE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 6:20-cv-01334-KHV-KGG <br><br> **PHL VARIABLE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT** |

Defendant PHL Variable Insurance Company ("PHLVIC"), by and through its undersigned attorneys, files this Motion to Dismiss Plaintiff Catholic Charities of Southwest Kansas, Inc.'s First Amended Complaint ("FAC"), pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), or, in the alternative, its Motion for a More Definite Statement, pursuant to FRCP 12(e), along with an accompanying Memorandum of Law. PHLVIC requests that this Court grant the relief requested in its accompanying Memorandum of Law for the reasons stated therein.

Dated:  March 25, 2021            Respectfully submitted,

                By: */s/ Karrie J. Clinkinbeard*
                   Karrie J. Clinkinbeard  #19583
                   2345 Grand Boulevard, Suite 1500
                   Kansas City, Missouri 64108-2617
                   816.221.3420
                   816.221.0786 (facsimile)
                   kclinkinbeard@atllp.com

                 -and-

                 Jarrett E. Ganer*

Ryan Goodland*
MCDOWELL HETHERINGTON LLP
1001 Fannin, Suite 2700
Houston, Texas 77002
Phone:  713-337-5580
Facsimile:  713-337-8850
Email:   jarrett.ganer@mhllp.com
             ryan.goodland@mhllp.com

\* *Pro hac vice* application pending

*Attorneys for Defendant PHL Variable Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record (as listed below) via the Court's CM/ECF system, on March 25, 2021:

**Ira S. Lipsius**
Lipsius BenHaim Law, LLP
8002 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
212-981-8442
Fax: 888-442-0284
Email: iral@lipsiuslaw.com

**Phillip M. Manela**
Lipsius BenHaim Law, LLP
8002 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
212-981-8448
Fax: 888-442-0284
Email: pmanela@lipsiuslaw.com

**William P. Tretbar**
Fleeson, Gooing, Coulson & Kitch, LLC - Wichita
301 North Main, Suite 1900
Wichita, KS 67202
316-267-7361
Fax: 316-267-1754
Email: wtretbar@fleeson.com

*/s/ Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard