## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CATHOLIC CHARITIES OF SOUTHWEST KANSAS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **No. 20-1334-KHV** |
| **PHL VARIABLE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**(  )   JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the <u>Memorandum And Order</u> (Doc. #33) filed September 13, 2021, judgment is entered in favor of the defendant PHL Variable Insurance Company against the plaintiff Catholic Charities of Southwest Kansas, Inc. and this action is **DISMISSED.**

Dated: 9/13/2021                          TIMOTHY M. O'BRIEN, CLERK

<u>s/ Andrea Schreyer</u>
Deputy Clerk