IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CATHOLIC CHARITIES OF          )
SOUTHWEST KANSAS, INC.,        )
                               )
                 Plaintiff,    )
         vs.                   )          No. 20-cv-1334-KHV-KGG
                               )
PHL VARIABLE INSURANCE COMPANY, )
                               )
                 Defendant.    )
_____)

## NOTICE OF APPEAL

Plaintiff Catholic Charities of Southwest Kansas, Inc. hereby gives notice that it appeals to the United States Court of Appeals for the Tenth Circuit, from the Memorandum and Order (Doc. 33) and Judgment (Doc. 34) entered in this matter on September 13, 2021, and from any other rulings adverse to plaintiff that were entered at any time in this litigation.

By /s/ William P. Tretbar
    William P. Tretbar - #10473 (KS)
    wtretbar@fleeson.com
    FLEESON, GOOING, COULSON & KITCH, L.L.C.
    1900 Epic Center, 301 N. Main
    Wichita, Kansas 67202
    Telephone: (316) 267-7361

    -and-

    Ira S. Lipsius (*pro hac vice*)
    iral@lipsiuslaw.com
    Phillip M. Manela (*pro hac vice*)
    pmanela@lipsiuslaw.com
    LIPSIUS BENHAIM LAW, LLP
    8002 Kew Gardens Road, Suite 1030
    Kew Gardens, New York 11415
    Telephone: (212) 981-8440

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of October, 2021, I electronically filed the foregoing Notice of Appeal with the clerk of the court using the CM/ECF system, which will provide service to all counsel of record.

/s/ William P. Tretbar
William P. Tretbar